IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

MICHAEL DONN BARTZ,

                Plaintiff,                PRELIMINARY INJUNCTION

  v.

                                                  24-cv-398-wmc

MELINDA DERUS, ERIN
DUNAHAY, CHAD McCUNE,
ERIC SPECKHART, AMANDA
LUEBCHOW, and NICOLE TREVINO,

                Defendants.
_____

Consistent with the court's opinion and order entered today, IT IS ORDERED THAT defendants SHALL provide plaintiff Michael Donn Bartz with a lower-bunk restriction for the duration of this lawsuit, barring further order of the court.

Entered this 24th day of January, 2025.

                              BY THE COURT:

                              /s/
                              _____
                              WILLIAM M. CONLEY
                              District Judge